**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MARIA ZAMORA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:15-CV-3378-B** |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiff MARIA ZAMORA and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved.  Plaintiff no longer desires to prosecute this suit against Defendant.  The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice as to Defendant, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed

Order of Dismissal with Prejudice as to Plaintiff's right to refile same.

Respectfully submitted,

By:     */s/  Bryan Beverly   \**
        Bryan Beverly
        State Bar No. 24082688
        bryan@vosslawfirm.com

THE VOSS LAW FIRM, PC
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
**ATTORNEY FOR PLAINTIFF
MARIA ZAMORA**
* signed with permission

By:     */s/ Roger D. Higgins*
        Roger D. Higgins
        State Bar No. 09601500
        rhiggins@thompsoncoe.com
        Chris Gabriel
        State Bar No.  24074237
        cgabriel@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209
**ATTORNEYS FOR DEFENDANT
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of June, 2016, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Texas Rules of Civil Procedure:

Bryan Beverly
THE VOSS LAW FIRM, PC
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

*/s/Chris Gabriel*
Chris Gabriel