UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA ZAMORA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-3378-B |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

On June 8, 2016, Plaintiff and Defendant indicated that they have fully resolved all matters in this suit, and thus moved to dismiss this case with prejudice, with each party bearing its own costs. Doc. 13, Agreed Mot. to Dismiss.

Accordingly, the Court **GRANTS** the parties' motion and **DISMISSES** this case **with prejudice**, with each party to bear its own costs.

SO ORDERED.

SIGNED: June 9, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE